UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HUAZHI HAN | No. 18 CR 388<br><br>Judge Andrea R. Wood |

**TRIAL STIPULATIONS**

It is hereby stipulated and agreed by the United States of America, through its attorney, JOHN R. LAUSCH, JR., the United States Attorney for the Northern District of Illinois, and defendant HUAZHI HAN individually and through his attorney, that the following facts are true:

1

## **Stipulation 1**

Government Exhibits 104 through 106 are true and accurate copies of recordings that occurred on June 4, 2018.

**Stipulation 2**

Government Exhibit 405 is a true and accurate copy of records from SunTrust Bank related to the purchase of a 2016 Mercedes Benz GLE 350 4Matic, bearing VIN 4JGDA5HB8GA751557. The records in Government Exhibits 405 were made or received and maintained in the regular course of SunTrust Bank's business at or near the time of the transactions reflected in the records, and that it is the regular practice of SunTrust Bank to make or receive such records.

STIPULATED AND AGREED THIS DATE: _____

| | |
|---|---|
| _____ | _____ |
| RICHARD M. ROTHBLATT | HUAZHI HAN |
| Assistant U.S. Attorney | Defendant |
| | |
| _____ | _____ |
| ALEXANDRA MORGAN | MICHAEL LEONARD |
| Assistant U.S. Attorney | Counsel for Huazhi Han |